

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00412-CV

**TANYA MARIE COX,**

                                                                        **Appellant**

 **v.**

**ARNOLD GERIK,**

                                                                        **Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2017-3969-4**

## MEMORANDUM OPINION

Appellant, Tanya Cox, appeals from a summary judgment granted in favor of appellee, Arnold Gerik, on October 27, 2017. By letter dated February 6, 2018, the Clerk of this Court notified appellant that the appeal was subject to dismissal because the original filing fee had not been paid and warned appellant that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellant paid the filing fee or obtained indigent status for the purposes of appeal. Ten days have passed, and

appellant has not paid the filing fee for this appeal.  Accordingly, we hereby dismiss this

appeal.  *See* TEX.R.APP.P. 42.3 (c).


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 28, 2018
[CV06]

